COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER DENYING MOTION FOR REHEARING EN BANC

Appellate case name:     In the Interest of J.M.G., a Child

Appellate case number:   01-17-00690-CV

Trial court case number:  16FD3374

Trial court:             County Court at Law No. 2 of Galveston County

It is ordered that the motion for rehearing en banc is **DENIED**. All other pending motions are **DISMISSED**.

Judge's signature: _____/s/ Peter Kelly_____
☐ Acting individually   ☒ Acting for the Court

Panel consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Date: November 12, 2019